# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1139**
**CAF 10-01804**
PRESENT: FAHEY, J.P., CARNI, SCONIERS, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF EMMA H. AND JADEN H.
---------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

                                            ORDER

KEITH H., RESPONDENT-RESPONDENT.
---------------------------------------------
CHARLES D. HALVORSEN, ESQ.,
ATTORNEY FOR THE CHILDREN, APPELLANT.

---

DAVID C. SCHOPP, ATTORNEY FOR THE CHILDREN, THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL), APPELLANT PRO SE.

JOSEPH T. JARZEMBEK, BUFFALO, FOR PETITIONER-RESPONDENT.

JEFFREY A. LAZROE, BUFFALO, FOR RESPONDENT-RESPONDENT.

---

Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered July 22, 2010 in a proceeding pursuant to Social Services Law § 384-b.  The order, among other things, dismissed the petition to terminate the parental rights of respondent Keith H.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  November 10, 2011                  Patricia L. Morgan
                                           Clerk of the Court